UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 11-8874 CAS (CWx) | Date | April 6, 2012 |
|---|---|---|---|
| Title | JOSE L. ROSAS v. CITIMORTGAGE, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (In Chambers:) ORDER DISMISSING CASE WITH PREJUDICE

## I.   INTRODUCTION

By order dated March 5, 2012, the Court granted defendant CitiMortgage, Inc.'s motion to dismiss without prejudice in the above-captioned case and gave plaintiff twenty (20) days to file an amended complaint.  Dkt. No. 14.  The Court stated that "[f]ailure to do so will result in dismissal of this case with prejudice."

As of the date of this order, plaintiff has not filed and served an amended complaint.  Accordingly, the case is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |